No. 10–10222.  ROBINSON *v.* UNITED STATES MARSHALS SERVICE ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 10–10238.  ABRAMCZYK *v.* BERGHUIS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 10–10248.  BURGIE *v.* HANNAH, CHIEF JUSTICE, SUPREME COURT OF ARKANSAS, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 10–10253.  SPENCER *v.* HARRY, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 10–10263.  SCHAROSCH *v.* PALMER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 10–10268.  LAMB *v.* PALMER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 10–10275.  PERRIDON *v.* ROE, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–10298.  STEWART *v.* UTAH.  Ct. App. Utah.  Certiorari denied.

No. 10–10335.  HITTSON *v.* HUMPHREY, WARDEN.  Super. Ct. Butts County, Ga.  Certiorari denied.

No. 10–10361.  FRANZA *v.* WALSH, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 10–10373.  BRATHWAITE *v.* PHELPS, WARDEN, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–10378.  LAKEY *v.* CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION.  C. A. 9th Cir.  Certiorari denied.

No. 10–10389.  AUSSICKER *v.* CURTIN, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 10–10420.  BENN *v.* UNITED STATES; and
No. 10–10556.  GAINES *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.